United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LEVETTE WASHINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No. 23-cv-00447-JST<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Plaintiff having failed to file a written response to the Court's January 29, 2024 order, ECF No. 15; failed to appear as ordered at today's order to show cause hearing; and failed to serve the Defendants with the summons and complaint, this case is now dismissed without prejudice. Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

Dated: March 12, 2024



JON S. TIGAR
United States District Judge