UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LEVETTE WASHINGTON, Plaintiff, v. UNITED STATES OF AMERICA, et al., Defendants. | Case No. 23-cv-00447-JST **ORDER RE: PLAINTIFF'S PRELIMINARY RESPONSE TO ORDER TO SHOW CAUSE** Re: ECF No. 18 |

On January 29, 2024, the Court issued an order to show regarding Plaintiff's failure to effect service pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Plaintiff neither appeared at the hearing on the order to show cause nor filed a written response.

On March 15, 2024, Plaintiff filed an untimely response, in which he explains that obstructions to his residence impair his ability to retrieve mail. *Id.*

The Court construes Washington's response as a motion for relief under Federal Rule of Civil Procedure 60(b). Reconsideration under that rule is appropriate only if "the moving party can show (1) mistake, surprise, or excusable neglect; (2) newly discovered evidence; (3) fraud or other misconduct; (4) a void judgment; (5) a satisfied or discharged judgment; or (6) any other reason justifying relief from operation of judgment." *Backlund v. Barnhart*, 778 F.2d 1386, 1388 (9th Cir. 1985). "Relief under exception (6) above requires a finding of 'extraordinary circumstances.'" *Id.* (citation omitted).

/ / /

/ / /

/ / /

/ / /

Because Washington's response does not bring him within any provision of the rule, his motion for reconsideration is denied.

**IT IS SO ORDERED.**

Dated: April 12, 2024



_____
JON S. TIGAR
United States District Judge